ALICE MAE HERBOLD and EDWARD HERBOLD, Respondents, v. THE CITY OF YONKERS and LOUIS FORMATO, Appellants.— Motion of appellant Formato for

reargument denied, with ten dollars costs. Motion of appellant Formato for leave to appeal to the Court of Appeals denied. Motion of appellant The City of Yonkers for reargument denied, with ten dollars costs. Motion of appellant The City of Yonkers for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.